Argued and submitted December 19, 2000, affirmed January 17, 2001

STATE OF OREGON,
*Respondent,*

*v.*

JOSEPH HENRY KINDRED, JR.,
*Appellant.*

(980534078; CA A105643)

16 P3d 524

J. R. Perkins, III, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Affirmed. *State v. Hutchinson*, 169 Or App 264, 9 P3d 722 (2000).